1 Name: RYAN ABAIR
2 Address: 23967 Glenjone Road
3 Apple Valley CA, 92306
4 Phone: 442-230-9438
5 Plaintiff In Pro Per

B/O
N/S

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2024
ram
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FEE DUE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EDCV24-01153-PSG-MRWx

Ryan Abair,

PLAINTIFF,

vs.

TBD

DEFENDANT(S).

Case No.: _____
(To be supplied by the Clerk)

COMPLAINT FOR:
_____
_____
_____
_____
_____

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under _____
_____
_____
_____
_____
_____
_____

Pro Se Clinic Form                    Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( COLLECT DAMAGES )
*insert title of cause of action*

(As against Defendant(s): TEMU

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                           Page Number

## IV. STATEMENT OF FACTS

Company stole my design and sold it and refuse to compensate me for my work

## II. VENUE

2. Venue is proper pursuant to  COLLEGE DAMAGES

## III. PARTIES

3. Plaintiff's name is  Ryan ABDIE . Plaintiff resides at: 23967 Gemone ROAD Apple Valley CA, 92306

4. Defendant  CEMU

5. Defendant

Pro Se Clinic Form                                    Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 5/31/24

Sign: [signature]
Print Name: Ryan Abbid
Plaintiff in pro per