NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2024
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ryan Abkir

Plaintiff(s),

v.

Temu

Defendant(s)

CASE NUMBER:

EDCV2401153-PSG-MRWx

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Ryan Abkir _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ryan Abkir | Intellectual Property |
| Temu | Collect Damages from Temu |

5/31/24
Date

[Signature]
Signature

Attorney of record for (or name of party appearing in pro per):

_____

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES