# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ABAIR<br><br>PLAINTIFF(S)<br><br>v.<br><br>TEMU<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:24–cv–01153–PSG–MRW<br><br>**NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS** |

TO:     COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), the attorney or party presenting the matter must also provide at the time of filing the required notice to the Patent and Trademark Office in patent, plant variety protection and trademark matters (Form AO-120) and the required notice to the Copyright Office in copyright matters (Form AO-121).

   **Pro Se Litigants**: Please complete the enclosed form(s) and return to: Clerk, U.S. District Court, ATTN: Civil New Actions, at the following address within ten (10) days:

Eastern Division
3470 Twelfth Street, Rm. 134
Riverside, CA 92501


                                                       Clerk, U.S. District Court

 June 4, 2024                                          By  /s/ *Geneva Hunt*
    Date                                                   Deputy Clerk


**Note:  Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

CV–31 (01/24)     NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS